# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS H. ALMEIDA,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>ATTORNEY GENERAL OF STATE OF CALIFORNIA,<br><br>　　　　　　Respondent. | 1:11-cv-01224-DLB (HC)<br><br>ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS WITHOUT PREJUDICE<br><br>[Doc. 28] |

　　Petitioner is proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the United States Magistrate Judge. Local Rule 305(b).

　　On December 14, 2011, Respondent filed a motion to dismiss the instant petition without prejudice as a mixed petition containing both exhausted and unexhausted claims.

　　On January 12, 2012, the undersigned issued an order finding Grounds Three and Four of the petition were not exhausted and granted Petitioner leave to withdraw the unexhausted claims or suffer dismissal of the entire petition without prejudice. Petitioner has failed to timely respond to the Order. Accordingly, dismissal of the petition without prejudice is warranted.

　　Accordingly, it is HEREBY ORDERED for the reasons set forth in the Court's January 12, 2012, the instant petition for writ of habeas corpus is DISMISSED without prejudice.

　　IT IS SO ORDERED.

　　Dated:　February 27, 2012　　　　　　/s/ Dennis L. Beck
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1